UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BUMATAY MULATO, et al.,<br><br>Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Respondent. | Case No. 17-cv-06757-RS<br><br>**ORDER TO SHOW CAUSE** |

This notice of appeal was filed in November of 2017. As the parties are aware, various appeals arising from the same or similar underlying events are no longer pending. No later than July 13, 2018, appellants shall either file a dismissal of this appeal, or shall set forth in a brief not to exceed 7 pages why they believe this matter should go forward. Respondent may file a responsive brief, also not exceed 7 pages, within one week thereafter.

The issue will be taken under submission or set for further briefing upon the filing of any such brief. Should appellants elect to not respond, the appeal will be dismissed.

**IT IS SO ORDERED**.

Dated: June 22, 2018

_____
RICHARD SEEBORG
United States District Judge